**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 11-20766-TLM |
| BEX-KIMBALL, TAPHNEY M ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |

**NOTICE OF SALE BY TRUSTEE**

TO THE DEBTORS, DEBTOR(S)' ATTORNEY, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT the undersigned Trustee will sell the below described property in which the above-entitled estate claims an interest pursuant to 11 USC §363, Bankruptcy Rule 6004(e) and LBR 2002.1.

1. **Description of Property to be Sold:**

   The Bankruptcy Estate's one-half interest in the following real property:  Lot 5, SWAN BEACH, according to the plat recorded in Book "D" of Plats at Page 84, records of Kootenai County, State of Idaho.  Property is being sold "AS IS" without warranties.  The property will be conveyed to the purchaser by Trustee's Quitclaim Deed.

2. **Time and Place of Sale:**

   Sale will be valid November 10, 2011 unless an objection is filed with the Clerk, U. S. Courthouse, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and copies provided to the Panel Trustee, Ford Elsaesser at P. O. Box 2220, Sandpoint ID 83864 and Assistant U. S. Trustee, David W. Newman, at MK Central Plaza, 720 Park Blvd., Suite 220, Boise  ID 83712.

3. **Type of Sale:**

   Private Sale to:    James M. Bex
   1519 N Arc
   Spokane Valley WA 99016

4. **Terms of Sale:**

   Cash - $18,000.  The funds have been remitted to the Trustee by Mr. Bex.

5. **Treatment of Existing Liens:**

   Sale free and clear of all liens with all valid liens to attach to the sale proceeds

6. **Value of Property to be Sold:**

   The Trustee estimates that the fair market value of the bankruptcy estate's interest in the property is $18,000.

7. **Proposed Disposition of the Proceeds of the Sale:**

   Pending Court approval, the following compensation to professional person shall be paid from the proceeds of sale: None

8. **Authority for Conducting the Sale:**

   11 USC §363(b)(1)

9. **Objections to This Notice of Sale:**

   This sale will take place unless a written objection and request for hearing is received by the Clerk, U. S. Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and the Trustee on or before **November 10, 2011.**

10. **Miscellaneous Information:**

    Estimated net proceeds to be retained by the estate: $18,000, less the cost of the Lot Book Guarantee Report purchased from North Idaho Title Insurance for $125.

Date:  October 17, 2011

/s/
Ford Elsaesser Trustee
POB 2220 Sandpoint ID 83864
208/263-8871

NOTICE OF SALE BY TRUSTEE - 2